UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00270-MOC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| ARTHUR JOSEPH GERARD III, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion for Transfer of Defendant to Gaston County Jail. While this Court will not routinely grant such requests as placement of pretrial detainees is within the sound discretion of the United States Marshal, defendant has shown good cause for the proposed transfer, especially when the defendant's Non-Capital Case Funding Application is considered. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Transfer of Defendant to Gaston County Jail (#23) is **GRANTED**, and the United States Marshal, as an accommodation to this Court, is requested to transfer defendant to the Gaston County Jail to aid in preparation for trial.

Signed: March 2, 2018



Max O. Cogburn Jr
United States District Judge