UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00270-MOC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| ARTHUR JOSEPH GERARD III, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion for Extension of Time to File Motions, which was contained within defendant's Motion for Continuance of Trial (#32). Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Extension of Time to File Motions (contained within #32) is **GRANTED**, and defendant is allowed an additional 60 days from the filing of this Order to file any pretrial dispositive or non-dispositive motions.

Signed: June 8, 2018

Max O. Cogburn Jr.
United States District Judge

1